IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Joseph A. Zitelli ) | |
| Donna M. Zitelli, ) | Case No. 20-21499 |
| *Debtor* ) | Chapter 13 |
| ) | |
| Joseph A. Zitelli, ) | Related to Document No. 17 |
| Social Security No. XXX-XX- 9233 ) | |
| *Movant* ) | |
| ) | |
| *vs.* ) | |
| ) | |
| Cleveland Bros Equip. Co. and ) | |
| Ronda J. Winnecour, Trustee ) | |
| *Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 26, 2020, a true and correct copy of the *Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Joseph A. Zitelli
2916 Leechburg Rd
Lower Burrell, PA 15068

Cleveland Bros Equip. Co.
Attn: Payroll Department
4565 William Penn Highway
Murrysville, PA 15668

Date of Service:     May 26, 2020      /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
PA I.D. 34965