IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 20-21499 JAD |
| Joseph A. Zitelli, ) | Chapter 13 |
| Donna M. Zitelli, ) | |
|     *Debtors* ) | Related to Docket No. 27 |
| ) | |
| Joseph A. Zitelli, ) | |
| Donna M. Zitelli, ) | |
|     *Movants* ) | |
| ) | |
|     Vs. ) | |
| ) | |
| *No Respondents* ) | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 13, 2020, a true and correct copy of the *Order of Court, Section 341 Meeting Notice, and Amended Schedule E* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the U.S. Trustee
1001 Liberty Ave.
Liberty Center, Suite 970
Pittsburgh, PA 15222

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Date of Service:     July 13, 2020

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
Attorney for the Debtor
STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965