Form 149

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Joseph A Zitelli**
**Donna M Zitelli**
Debtor(s)

Bankruptcy Case No.: 20–21499–JAD
Issued per 11/19/2020 Proceeding
Chapter: 13
Docket No.: 32 – 5, 21
Concil. Conf.: at

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.)* **PLAN CONFIRMATION:**

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 4/28/2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,520 as of December 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Quicken Loans [Claim #6] following notices of payment change of record .

☒ H. Additional Terms: IRS to be paid per Amended Schedule E.

The secured claim of the following creditor shall govern as to claim amount, to be paid at the modified plan terms: Ally Bank [Claim #7].

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*   **IT IS FURTHER ORDERED THAT:**

**A.**   After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**   Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**   Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.**   Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**   The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.**   In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: November 23, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:   All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Joseph A Zitelli  
Donna M Zitelli  
    Debtor(s)

Case No. 20-21499-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: skoz      Page 1 of 4  
Date Rcvd: Nov 23, 2020      Form ID: 149      Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph A Zitelli, Donna M Zitelli, 2916 Leechburg Rd, Lower Burrell, PA 15068-3238 |
| 15240755 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15240759 | + | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15240760 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15254634 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15240765 | + | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240766 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240768 | + | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15240781 | | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 15246547 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15240782 | | Syncb/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15240791 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15240792 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 24 2020 01:35:09 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240756 | | Email/Text: bdsupport@creditmanagementcompany.com | Nov 24 2020 01:57:00 | Allegheny Valley Hospital, c/o Credit Managemen Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15252073 | | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2020 01:56:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15240758 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2020 01:56:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15240757 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 24 2020 01:56:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15240763 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 01:35:08 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240761 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 01:33:02 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15245527 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 24 2020 01:33:02 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15240767 | + | Email/Text: mediamanagers@clientservices.com | Nov 24 2020 01:56:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15240769 | + | Email/Text: bankruptcy@firstenergycorp.com | Nov 24 2020 01:57:00 | Collection Service Center, Inc., Attn: Bankruptcy, |

Case 20-21499-JAD  Doc 36  Filed 11/25/20  Entered 11/26/20 00:39:15  Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: skoz | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 149 | Total Noticed: 45 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| | | | 839 5th Ave., New Kensington, PA 15068-6303 |
| 15240771 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 01:56:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15240770 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 01:56:00 | Comenity Bank/Abarcrormbie, Po Box 182789, Columbus, OH 43218-2789 |
| 15240772 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 01:56:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15240773 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 24 2020 01:56:00 | Comenitycapital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15240774 | Email/Text: bk@freedomfinancialnetwork.com | Nov 24 2020 01:55:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15240775 | Email/Text: bk@freedomfinancialnetwork.com | Nov 24 2020 01:55:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15264009 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 24 2020 01:56:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15240776 | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15240778 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 01:56:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15240777 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 24 2020 01:56:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15243880 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 24 2020 01:34:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240779 | Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15240780 | + Email/Text: bankruptcyteam@quickenloans.com | Nov 24 2020 01:57:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 15264913 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15241322 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:34:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240784 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15240783 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15240787 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15240785 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:34:02 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15240790 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:34:02 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240789 | + Email/PDF: gecsedi@recoverycorp.com | Nov 24 2020 01:35:06 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15254070 | + Email/Text: bncmail@w-legal.com | Nov 24 2020 01:57:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 32

# BYPASSED RECIPIENTS

Case 20-21499-JAD    Doc 36    Filed 11/25/20    Entered 11/26/20 00:39:15    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-2 | User: skoz | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 23, 2020 | Form ID: 149 | Total Noticed: 45 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| 15263988 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15263989 | * | Allegheny Valley Hospital, c/o Credit Managemen Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15263991 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15263990 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15263993 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15263992 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15240764 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15263996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15263997 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240762 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263994 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263995 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263998 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15263999 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15264000 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15264002 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15264001 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15264004 | *+ | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15264003 | *+ | Comenity Bank/Abarcrormbie, Po Box 182789, Columbus, OH 43218-2789 |
| 15264005 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15264006 | *+ | Comenitycapital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15264007 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15264008 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15264010 | * | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15264012 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15264011 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15264013 | * | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15264014 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-1906 |
| 15264015 | * | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 15264016 | * | Syncb/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15264018 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15264017 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15240788 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15264021 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15264022 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15240786 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264019 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264020 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264024 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15264023 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15264025 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15264026 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 1 Undeliverable, 42 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0315-2 | User: skoz | Page 4 of 4 |
| Date Rcvd: Nov 23, 2020 | Form ID: 149 | Total Noticed: 45 |

Date: Nov 25, 2020       Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:**

**Name**               **Email Address**

Brian Nicholas
    on behalf of Creditor Quicken Loans  LLC bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Joseph A Zitelli julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Donna M Zitelli julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5