IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Joseph A. Zitelli | ) | |
| Donna M. Zitelli, | ) | Case No. 20-21499 |
|    *Debtor* | ) | Chapter 13 |
| | ) | |
| Joseph A. Zitelli, | ) | Related to Document No. 35 |
| Social Security No. XXX-XX- 9233 | ) | |
|    *Movant* | ) | |
| | ) | |
|    *vs.* | ) | |
| | ) | |
| Cleveland Bros Equip. Co. and | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    *Respondents* | ) | |

## **CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on November 27, 2020, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Joseph A. Zitelli
2916 Leechburg Rd
Lower Burrell, PA 15068

Cleveland Bros Equip. Co.
Attn: Payroll Department
4565 William Penn Highway
Murrysville, PA 15668

**Served by ECF: Ronda J. Winnecour, Trustee**

Date of Service:    November 27, 2020    /s/ Kenneth Steidl
                                                                                                     Kenneth Steidl, Esquire
                                                                                                     STEIDL & STEINBERG
                                                                                                      28th Floor, Gulf Tower
                                                                                                      707 Grant Street
                                                                                                      Pittsburgh, PA 15219
                                                                                                      (412) 391-8000
                                                                                                      PA I.D. 34965