IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Joseph A. Zitelli  
Donna M. Zitelli,  
    Debtor(s).

CASE NO 20-21499-JAD

Chapter 13

Ronda J. Winnecour, Chapter 13 Trustee,  
    Movant(s),  
vs.  
Joseph A. Zitelli  
Donna M. Zitelli,  
    Respondent(s).

### CONSENT ORDER OF COURT PROVIDING FOR DISPOSITION OF NON-SPECIFIC LUMP SUM PAYMENT

WHEREAS, the Trustee is in receipt of proceeds of a life insurance policy received by Debtor Wife in the amount of $30,000 (the "Non-Specific Lump Sum") posted 10/16/23;

WHEREAS, the Trustee and Debtor(s) (by their attorneys) agree, as indicated by their consents to this Order, as follows:

(a)    The Non-Specific Lump Sum shall, after deduction of Trustee fees, be used to complete the case, with 100% to timely filed general unsecured creditors.

(b)    Debtor(s) shall resume long-term continuing debt payment(s) in November 2023.

So Ordered, this _____ day of _____, 20_____.

_____  
U.S. Bankruptcy Judge

Consented to:

/s/ Owen W. Katz
Owen W. Katz
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
Email: okatz@chapter13trusteewdpa.com
Attorney for Chapter 13 Trustee

/s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.Steidl@steidl-steinberg.com
Attorney for Debtor(s)