Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph A Zitelli**
**Donna M Zitelli**
Debtor(s)

Bankruptcy Case No.: 20−21499−JAD

Chapter: 13
Docket No.: 66 − 65

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 30th of May, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/15/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **7/30/24 at 10:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/15/24.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21499-JAD
Joseph A Zitelli  Chapter 13
Donna M Zitelli
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2  User: auto  Page 1 of 4
Date Rcvd: May 30, 2024  Form ID: 408  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).
^       Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph A Zitelli, Donna M Zitelli, 2916 Leechburg Rd, Lower Burrell, PA 15068-3238 |
| 15264913 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15241322 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2024 00:29:27 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:56:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240755 | ^ | MEBN | May 31 2024 00:13:39 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15240756 | | Email/Text: bdsupport@creditmanagementcompany.com | May 31 2024 00:16:00 | Allegheny Valley Hospital, c/o Credit Managemen Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15252073 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15240758 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15240757 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15240760 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15240759 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15240763 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:31 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:29:04 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15245527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:42 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15254634 | | Email/PDF: bncnotices@becket-lee.com | May 31 2024 00:29:30 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-21499-JAD    Doc 67    Filed 06/01/24    Entered 06/02/24 00:32:09    Desc Imaged
Certificate of Notice    Page 3 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: 408 | Total Noticed: 47 |

| Recipient # | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15240765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:44:54 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:44:41 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240767 | + | Email/Text: mediamanagers@clientservices.com | May 31 2024 00:14:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15240769 | + | Email/Text: bankruptcy@firstenergycorp.com | May 31 2024 00:16:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15240768 | ^ | MEBN | May 31 2024 00:13:26 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15240771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15240770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenity Bank/Abarcrormbie, Po Box 182789, Columbus, OH 43218-2789 |
| 15240772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15240773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenitycapital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15240774 | | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15240775 | | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15264009 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15240776 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:39 | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15240778 | + | Email/Text: PBNCNotifications@peritusservices.com | May 31 2024 00:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15240777 | + | Email/Text: PBNCNotifications@peritusservices.com | May 31 2024 00:14:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15560471 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:44:55 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15243880 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:45:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240779 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:41 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15240780 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15240781 | | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 15246547 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15240782 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:56:24 | Syncb/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15264913 | ^ | MEBN | May 31 2024 00:14:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15241322 | ^ | MEBN | May 31 2024 00:14:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 01:07:10 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, |

Case 20-21499-JAD    Doc 67    Filed 06/01/24    Entered 06/02/24 00:32:09    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: 408 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Po B 965064, Orkando, FL 32896-5064 |
| 15240783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:43 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15240787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:39 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15240785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:53 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15240790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:44:55 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15254070 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15240791 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15240792 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15263988 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15263989 | * | Allegheny Valley Hospital, c/o Credit Managemen Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15263991 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15263990 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15263993 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15263992 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15240764 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15263996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15263997 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240762 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263994 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263995 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263998 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15263999 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15264000 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15264002 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15264001 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15264004 | *+ | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15264003 | *+ | Comenity Bank/Abarcrormbie, Po Box 182789, Columbus, OH 43218-2789 |
| 15264005 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15264006 | *+ | Comenitycapital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15264007 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15264008 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15264010 | * | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15264012 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15264011 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15604024 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15264013 | * | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15264014 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

| | | |
|---|---|---|
| 15264015 | * | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 15264016 | * | Syncb/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15264018 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15264017 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15240788 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15264021 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15264022 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15240786 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264019 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264020 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264024 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15264023 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15264025 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15264026 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 2 Undeliverable, 44 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Joseph A Zitelli julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Donna M Zitelli julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor Quicken Loans LLC mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8