**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JOSEPH A ZITELLI <br> DONNA M ZITELLI <br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>         vs. <br> No Respondents. | Case No.:20-21499 JAD <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.


May 29, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 05/12/2020 and confirmed on 7/2/20. The case was subsequently Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 93,502.12 |
| Less Refunds to Debtor | 604.11 | |
| TOTAL AMOUNT OF PLAN FUND | | 92,898.01 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 6,640.00 | |
|     Trustee Fee | 4,829.56 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 11,469.56 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 0.00 | 42,930.36 | 0.00 | 42,930.36 |
|     Acct: 6436 | | | | |
|   QUICKEN LOANS LLC FKA QUICKEN LOAN | 1,153.66 | 1,153.66 | 0.00 | 1,153.66 |
|     Acct: 6436 | | | | |
|   LVNV FUNDING LLC | 13,747.26 | 13,747.26 | 1,787.94 | 15,535.20 |
|     Acct: 4917 | | | | |
| | | | | 59,619.22 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH A ZITELLI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH A ZITELLI | 604.11 | 604.11 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,140.00 | 4,140.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX6-24 | | | | |
|   INTERNAL REVENUE SERVICE* | 523.00 | 523.00 | 0.00 | 523.00 |
|     Acct: 9233 | | | | |
| | | | | 523.00 |
| **Unsecured** | | | | |
|   ALLEGHENY HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4455 | | | | |
|   CMC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8422 | | | | |
|   BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0446 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,016.34 | 5,016.34 | 0.00 | 5,016.34 |
|     Acct: 6398 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 1,772.34 | 1,772.34 | 0.00 | 1,772.34 |
|     Acct: 3638 | | | | |
|   CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 1601 | | | | |
| | COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 972B | | | | |
| | COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4283 | | | | |
| | COMENITY CAPITAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1538 | | | | |
| | FREEDOM PLUS | 11,225.06 | 11,225.06 | 0.00 | 11,225.06 |
| | Acct: 1596 | | | | |
| | CAPITAL ONE NA** | 341.93 | 341.93 | 0.00 | 341.93 |
| | Acct: 8335 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC | 723.58 | 723.58 | 0.00 | 723.58 |
| | Acct: 6167 | | | | |
| | LVNV FUNDING LLC | 330.11 | 330.11 | 0.00 | 330.11 |
| | Acct: 1874 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1628 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1925 | | | | |
| | LVNV FUNDING LLC | 1,504.20 | 1,504.20 | 0.00 | 1,504.20 |
| | Acct: 9787 | | | | |
| | TD BANK USA NA** | 372.67 | 372.67 | 0.00 | 372.67 |
| | Acct: 8311 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1628 | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CLIENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | JCPENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 21,286.23 |

TOTAL PAID TO CREDITORS                                                                   81,428.45

TOTAL CLAIMED
PRIORITY           523.00
SECURED         14,900.92
UNSECURED      21,286.23


Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH A ZITELLI
DONNA M ZITELLI
      Debtor(s)

Ronda J. Winnecour
      Movant
  vs.
No Repondents.

Case No.:20-21499 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-21499-JAD |
| Joseph A Zitelli | Chapter 13 |
| Donna M Zitelli | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 47 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Joseph A Zitelli, Donna M Zitelli, 2916 Leechburg Rd, Lower Burrell, PA 15068-3238 |
| 15264913 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15241322 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 31 2024 00:29:35 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:45:12 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240755 | ^ | MEBN | May 31 2024 00:13:41 | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15240756 | | Email/Text: bdsupport@creditmanagementcompany.com | May 31 2024 00:16:00 | Allegheny Valley Hospital, c/o Credit Managemen Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15252073 | | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 15240758 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15240757 | + | Email/Text: ally@ebn.phinsolutions.com | May 31 2024 00:14:00 | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15240760 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15240759 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15240763 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:45 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 01:07:20 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15245527 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:29:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15254634 | | Email/PDF: bncnotices@becket-lee.com | May 31 2024 00:28:14 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

Case 20-21499-JAD    Doc 68    Filed 06/01/24    Entered 06/02/24 00:32:09    Desc Imaged
Certificate of Notice    Page 6 of 8

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| 15240765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 01:07:09 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15240766 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:56:28 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15240767 | + | Email/Text: mediamanagers@clientservices.com | May 31 2024 00:14:00 | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15240769 | + | Email/Text: bankruptcy@firstenergycorp.com | May 31 2024 00:16:00 | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15240768 | ^ | MEBN | May 31 2024 00:13:26 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15240771 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15240770 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenity Bank/Abarcrormbie, Po Box 182789, Columbus, OH 43218-2789 |
| 15240772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15240773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenitycapital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15240774 | | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15240775 | | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15264009 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 31 2024 00:15:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15240776 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:19 | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15240778 | + | Email/Text: PBNCNotifications@peritusservices.com | May 31 2024 00:14:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15240777 | + | Email/Text: PBNCNotifications@peritusservices.com | May 31 2024 00:14:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15560471 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:28:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15243880 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:28:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15240779 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 01:29:08 | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15240780 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15240781 | | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 15246547 | + | Email/Text: bankruptcyteam@quickenloans.com | May 31 2024 00:16:00 | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 15240782 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:24 | Syncb/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15264913 | ^ | MEBN | May 31 2024 00:14:07 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 15241322 | ^ | MEBN | May 31 2024 00:14:08 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15240784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:27:59 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, |

Case 20-21499-JAD    Doc 68    Filed 06/01/24    Entered 06/02/24 00:32:09    Desc Imaged
                          Certificate of Notice    Page 7 of 8

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| Recip ID | Bypass | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Po B 965064, Orkando, FL 32896-5064 |
| 15240783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:30 | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15240787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:42 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15240785 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 01:18:29 | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15240790 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:28:06 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15240789 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 31 2024 00:29:19 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15254070 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15240791 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15240792 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15263988 | *+ | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 15263989 | * | Allegheny Valley Hospital, c/o Credit Managemen Company, PO Box 16346, Pittsburgh, PA 15242-0346 |
| 15263991 | *+ | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 15263990 | *+ | Ally Financial, P.o. Box 380901, Bloomington, MN 55438-0901 |
| 15263993 | *+ | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15263992 | *+ | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15240764 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15263996 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15263997 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15240762 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263994 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263995 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15263998 | *+ | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15263999 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 15264000 | *+ | Client Services, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 15264002 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, 839 5th Ave., New Kensington, PA 15068-6303 |
| 15264001 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15264004 | *+ | Comenity Bank/Abarcrormbie, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 15264003 | *+ | Comenity Bank/Abarcrormbie, Po Box 182789, Columbus, OH 43218-2789 |
| 15264005 | *+ | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 15264006 | *+ | Comenitycapital/Big Lots, Po Box 182120, Columbus, OH 43218-2120 |
| 15264007 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, 1875 South Grant Street, San Mateo, CA 94402 |
| 15264008 | *P++ | FREEDOM FINANCIAL ASSET MANAGEMENT LLC, ATTN BANKRUPTCY DEPARTMENT, PO BOX 2340, PHOENIX AZ 85002-2340, address filed with court:, Freedom Plus, Attn: Bankruptcy, Po Box 2340, Phoenix, AZ 85002 |
| 15264010 | * | JCPenney, PO Box 960090, Orlando, FL 32896-0090 |
| 15264012 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15264011 | *+ | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15604024 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15264013 | * | Lowe's, PO Box 530914, Atlanta, GA 30353-0914 |
| 15264014 | *+ | Quicken Loans, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

| | | |
|---|---|---|
| 15264015 | * | Quicken Loans, Inc., PO Box 6577, Carol Stream, IL 60197-6577 |
| 15264016 | * | Syncb/walmart, PO Box 71087, Charlotte, NC 28272-1087 |
| 15264018 | *+ | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po B 965064, Orkando, FL 32896-5064 |
| 15264017 | *+ | Synchrony Bank/ JC Penneys, Po Box 965007, Orlando, FL 32896-5007 |
| 15240788 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15264021 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15264022 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15240786 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264019 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264020 | *+ | Synchrony Bank/Care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 15264024 | *+ | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15264023 | *+ | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15264025 | *+ | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 15264026 | *+ | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 2 Undeliverable, 44 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:**

**Name** | **Email Address**

Brent J. Lemon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. blemon@kmllawgroup.com, lemondropper75@hotmail.com

Denise Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com

Denise Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com

Kenneth Steidl
on behalf of Debtor Joseph A Zitelli julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Donna M Zitelli julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Maria Miksich
on behalf of Creditor Quicken Loans  LLC mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 8